**Obdulio Noe Lopez MERIDA,**
**Petitioner,**

v.

**Loretta E. LYNCH, Attorney**
**General, Respondent.**

No. 13–72006.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 24, 2015.

Jose Pastor Escobar–Johnson, San Jose, CA, pro se.

OIL, Gregory Darrell Mack, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Obdulio Noe Lopez Merida, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir.2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Lopez Merida failed to demonstrate that he suffered past persecution or had a well-founded fear of future persecution on account of a protected ground. *See INS v. Elias–Zacarias*, 502 U.S. 478, 483, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992) (petitioner must provide "*some* evidence" of the persecutor's motive, direct or circumstantial) (emphasis in original). We reject Lopez Merida's contention that the agency applied an incorrect legal standard. Thus, Lopez Merida's asylum claim fails.

Because Lopez Merida failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.